```
1  Alonzo J. Gradford, SBN 244201
   Law Office of Alonzo J. Gradford
2  1202 H Street, Suite C
   Modesto, California 95354
3  Telephone: (209) 408-0342
   Facsimile: (209) 408-0797
4  alonzogradford924@gmail.com

5  Attorney for Defendant,
   Raul Carrasco Esparza
```

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

—◆—

| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00319-LJO-SKO |
|---|---|
| Plaintiff, | |
| v. | DEFENDANT RAUL CARRASCO ESPARZA UNOPPOSED MOTION TO EXTEND SENTENCING BY FORTY-FIVE (45) DAYS |
| RAUL CARRASCO ESPARZA, | |
| Defendant. | |

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA:

COMES NOW, Raul Carrasco Esparza, Defendant in the above entitled and numbered case, by and through his counsel of record, Alonzo J. Gradford, files this Unopposed Motion to Extend Sentencing by FORTY-FIVE (45) days in the above entitled case, and in support of thereof would show the Court the following:

1. By previous order, the matter was set for sentencing on February 25, 2019;

2. Attorney of Record, Alonzo J. Gradford, and Assistant United States Attorney Kimberly

Sanchez have conferred to discuss this case and Counsel's need/desire for a continuance;

3. Attorney Gradford is dealing with significant personal issues that are now coming to a conclusion, however, they have caused him to remain away from his counsel obligations and Mr. Esparza's sentencing matters until recently;

4. Additional time is needed to complete this phase of the Sentencing Deadlines;

5. Assistant U.S. Attorney, Kimberly Sanchez, is unopposed to the filing of this motion;

6. At this time, a 45-day continuance is requested;

7. This motion is made in the interest of justice and not for any reason of delay.

WHEREFORE, PREMISES CONSIDERED, the defendant prays this Honorable Court grand his Unopposed Motion to Extend Sentencing and to extend all Sentencing Deadlines by 45 days.

Respectfully Submitted,

Dated: February 28, 2019

*/s/Alonzo Gradford*
ALONZO GRADFORD
Counsel for Defendant Raul Carrasco Esparza

IT IS SO ORDERED.

Dated: **February 4, 2019**           **/s/ Lawrence J. O'Neill**
                            UNITED STATES CHIEF DISTRICT JUDGE

Defendant's Unopposed Motion to Extend Sentencing by Forty-Five (45) Days.