**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
1001 G Street, Suite 100
Sacramento, CA 95814
Telephone:  (916) 504-3931
Facsimile:   (916) 447-2988

Attorney for Defendant
RAUL CARRASCO ESPARZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RAUL CARRASCO ESPARZA, <br><br> Defendant. | CASE NO. 1:15-CR-00319-JLT-SKO <br><br> **STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE RE: DEFENDANT'S MOTION PURSUANT TO 18 U.S.C. § 3582(c)(1)(A)(i)** |

The United States, by and through its attorney of record, Alexandre Dempsey, and defendant Raul Carrasco Esparza, by and through his attorney of record, Erin J. Radekin, respectfully submit this stipulation and proposed order requesting to set a briefing schedule pertaining to Mr. Esparza's motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), ECF No. 273.

The parties agree and stipulate as follows:

1. Mr. Esparza's pro se motion for compassionate release was filed on November 22, 2021. ECF No. 273.

2. On September 2, 2022, the court appointed Ms. Radekin for the purpose of representing Mr. Esparza with respect to his motion for compassionate release. ECF No. 282.

3. Ms. Radekin has ordered all but one of the pertinent records and reviewed them, including

1

Mr. Esparza's medical and disciplinary records. She needs additional time, however, to confer with Mr. Esparza, obtain the sentencing transcript, determine if she intends to file an amended motion for compassionate release, supplemental brief in support of the motion for compassionate release, or notice of intent not to supplement Mr. Esparza's pro se pleading, and prepare such motion or pleading.

4. The parties have conferred and agree to the following briefing schedule pertaining to the motion for compassionate release: Ms. Radekin is to file an amended motion for compassionate release, supplemental brief, or notice of non-supplementation by **January 23, 2023**. The government's opposition, or statement of non-opposition, is due by **February 10, 2023**. Any reply to the government's brief is due **14 days after the government's brief is filed**.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: December 19, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ Alexandre Dempsey
ALEXANDRE DEMPSEY
Assistant United States Attorney

Dated: December 19, 2022

/s/ Erin J. Radekin
ERIN J. RADEKIN
Counsel for Defendant
RAUL CARRASCO ESPARZA

## [PROPOSED] ORDER

The above stipulation is approved.

IT IS SO ORDERED.

Dated:   **December 19, 2022**

UNITED STATES DISTRICT JUDGE

2