**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
1001 G Street, Suite 100
Sacramento, CA 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Defendant
RAUL CARRASCO ESPARZA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RAUL CARRASCO ESPARZA, <br><br> Defendant. | CASE NO. 1:15-CR-00319-JLT-SKO <br><br> **STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE RE: DEFENDANT'S MOTION PURSUANT TO 18 U.S.C. § 3582(c)(1)(A)(i)** |

The United States, by and through its attorney of record, Alexandre Dempsey, and defendant Raul Carrasco Esparza, by and through his attorney of record, Erin J. Radekin, respectfully submit this stipulation and proposed order requesting to modify the order pertaining to Mr. Esparza's motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), ECF No. 273.

The parties agree and stipulate as follows:

1. Pursuant to court's order adopting the parties' stipulation as to the briefing schedule on December 20, 2022, the amended motion for compassionate release or notice of intent not to supplement is due January 23, 2023. ECF No. 285

2. On September 2, 2022, the court appointed Ms. Radekin for the purpose of representing Mr. Esparza with respect to his motion for compassionate release. ECF No. 282.

1

3. Ms. Radekin has received and reviewed Mr. Esparza's medical and disciplinary records, and most pertinent court documents; however, she needs additional time to confer with Mr. Esparza and to investigate a proposed release plan. She has a confidential phone call set up January 24, 2023. After collecting this additional information, she will need time to determine whether she intends to file an amended motion or supplemental brief, or file a notice of non-supplementation.

4. The parties have conferred and agree to the following briefing schedule pertaining to the motion for compassionate release: Ms. Radekin is to file an amended motion for compassionate release, supplemental brief, or notice of non-supplementation by **March 24, 2023**. The government's opposition, or statement of non-opposition, is due by **April 11, 2023**. Any reply to the government's brief is due **14 days after the government's brief is filed**.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: January 20, 2023                 PHILLIP A. TALBERT
                                        United States Attorney

                                         /s/ Alexandre Dempsey
                                        ALEXANDRE DEMPSEY
                                        Assistant United States Attorney

Dated: January 20, 2023                  /s/ Erin J. Radekin
                                        ERIN J. RADEKIN
                                        Counsel for Defendant
                                        RAUL CARRASCO ESPARZA

## [~~PROPOSED~~] ORDER

The above stipulation is approved.

IT IS SO ORDERED.

   Dated:   **January 23, 2023**

                                        UNITED STATES DISTRICT JUDGE

2