**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
1001 G Street, Suite 100
Sacramento, CA 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Defendant
RAUL CARRASCO ESPARZA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| **THE UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **RAUL CARRASCO ESPARZA,** <br><br> Defendant. | CASE NO. 1:15-CR-00319-JLT-SKO <br><br> **STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE RE: DEFENDANT'S MOTION PURSUANT TO 18 U.S.C. § 3582(c)(1)(A)(i)** |

The United States, by and through its attorney of record, Alexandre Dempsey, and defendant Raul Carrasco Esparza, by and through his attorney of record, Erin J. Radekin, respectfully submit this stipulation and proposed order requesting to modify the briefing schedule pertaining to Mr. Esparza's motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), ECF No. 273.

The parties agree and stipulate as follows:

1. Pursuant to court's order adopting the parties' stipulation as to briefing schedule on January 23, 2023, the amended motion or notice of intent not to supplement is due March 24, 2023. ECF No. 287.

2. On September 2, 2022, the court appointed Ms. Radekin for the purpose of representing Mr. Esparza with respect to his motion for compassionate release. ECF No. 282.

1

3. Ms. Radekin has received and reviewed the bulk of the relevant records and she has conferred with Mr. Esparza. She has also expended extensive efforts to find a nephrologist to review Mr. Esparza's medical records in order to render opinions regarding whether Mr. Esparza is receiving adequate medical care for his Stage IV kidney disease within BOP and whether he is impeded in performing daily tasks by his serious medical conditions. These are relevant to his request for compassionate release. Unfortunately, to date, Ms. Radekin has not found a nephrologist willing to work at the rate the CJA panel is willing to pay. Recently, however, she received a message from a person who works in the medical field indicating he had connections to nephrologists who may be willing to do this task. He will report back to Ms. Radekin after talking to nephrologists with whom he has relationships. Thus, Ms. Radekin asks for an additional 90 days to locate and retain a nephrologist, receive his or her opinion, and possibly file a supplemental motion or amended motion for compassionate release.

4. The parties have conferred and agree to the following briefing schedule pertaining to the motion for compassionate release: Ms. Radekin is to file an amended motion for compassionate release, supplemental brief, or notice of non-supplementation by **June 21, 2023**. The government's opposition, or statement of non-opposition, is due by **July 21, 2023**. Any reply to the government's brief is due **14 days after the government's brief is filed**.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: March 23, 2023

PHILLIP A. TALBERT
United States Attorney

 /s/ Alexandre Dempsey
ALEXANDRE DEMPSEY
Assistant United States Attorney

/ /

Dated: March 23, 2023 /s/ Erin J. Radekin
ERIN J. RADEKIN
Counsel for Defendant
RAUL CARRASCO ESPARZA

**[PROPOSED] ORDER**

The above stipulation is **APPROVED**.

IT IS SO ORDERED.

Dated:   **March 24, 2023**

UNITED STATES DISTRICT JUDGE

3