**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
1001 G Street, Suite 100
Sacramento, CA 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Defendant
RAUL CARRASCO ESPARZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **THE UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **RAUL CARRASCO ESPARZA,** <br><br> Defendant. | CASE NO. 1:15-CR-00319-JLT-SKO <br><br> **STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE RE: DEFENDANT'S MOTION PURSUANT TO 18 U.S.C. § 3582(c)(1)(A)(i)** |

The United States, by and through its attorney of record, Henry Carbajal, and defendant Raul Carrasco Esparza, by and through his attorney of record, Erin J. Radekin, respectfully submit this stipulation and proposed order requesting to modify the briefing schedule pertaining to Mr. Esparza's motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), ECF No. 273.

The parties agree and stipulate as follows:

1. Pursuant to court's order adopting the parties' stipulation as to briefing schedule on March 24, 2023, an amended motion, supplemental brief, or notice of intent not to supplement is due June 21, 2023. ECF No. 289.

2. On September 2, 2022, the court appointed Ms. Radekin for the purpose of representing Mr. Esparza with respect to his motion for compassionate release. ECF No. 282.

1

3. Ms. Radekin has received and reviewed all relevant records, including the PSR, sentencing transcript, and medical records and inmate disciplinary data through August 2022.  She has also expended extensive efforts to find a nephrologist to review Mr. Esparza's medical records in order to render opinions regarding whether Mr. Esparza is receiving adequate medical care for his Stage IV kidney disease within BOP and whether he is impeded in performing daily tasks by his serious medical conditions, including kidney disease and significant hearing loss.  While counsel found a nephrologist willing to do the work pro bono, unfortunately he recently declined to complete these tasks.  To date, Ms. Radekin has not found a nephrologist willing to review Mr. Esparza's records and render opinions relevant to whether compassionate release is warranted.  The present records counsel has are through August 2022, however.  Ms. Radekin asks for an additional 30 days to get updated medical records, review them, and to confer with Mr. Esparza to determine if his medical circumstances and daily functioning within the prison have changed significantly.  Based on this additional review, she will then determine what filing is appropriate and file an amended motion for compassionate release, supplemental brief, or notice of non-supplementation.

4. The parties have conferred and agree to the following briefing schedule pertaining to the motion for compassionate release: Ms. Radekin is to file an amended motion for compassionate release, supplemental brief, or notice of non-supplementation by **July 21, 2023**.  The government's opposition, or statement of non-opposition, is due by **August 20, 2023**.  Any reply to the government's brief is due **14 days after the government's brief is filed**.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: June 21, 2023   PHILLIP A. TALBERT
United States Attorney

 /s/ Henry Carbajal
HENRY CARBAJAL
Assistant United States Attorney

//

2

Dated: June 21, 2023                    /s/ Erin J. Radekin
                                        ERIN J. RADEKIN
                                        Counsel for Defendant
                                        RAUL CARRASCO ESPARZA

### [~~PROPOSED~~] ORDER

The above stipulation is **APPROVED**.

IT IS SO ORDERED.

Dated:   **June 20, 2023**

                                        /s/ Jennifer L. Thurston
                                        UNITED STATES DISTRICT JUDGE

3