**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
1001 G Street, Suite 100
Sacramento, CA 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Defendant
RAUL CARRASCO ESPARZA

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| **THE UNITED STATES OF AMERICA**, | CASE NO. 1:15-CR-00319-JLT-SKO |
| Plaintiff, | **[PROPOSED] ORDER RE REQUEST TO FILE EXHIBIT B UNDER SEAL** |
| v. | |
| **RAUL CARRASCO ESPARZA**, | |
| Defendant. | |

Pursuant to Local Rule 141(b), and based upon the representation contained in defendant's Request to File Under Seal, IT IS SO FOUND AND ORDERED THAT, Exhibit B of the Defendant's Notice of Non-Supplementation Motion —to wit, the defendant's medical records—shall be sealed under further order of this court.

IT IS SO ORDERED.

Dated:  **July 24, 2023**

_____
UNITED STATES DISTRICT JUDGE

1