PHILLIP A. TALBERT
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for the
United States of America

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:15-CR-00319 JLT-SKO |
| Plaintiff, | GOVERNMENT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT'S COMPASSIONATE RELEASE MOTION; [PROPOSED] ORDER |
| v. | |
| RAUL CARRASCO ESPARZA, | |
| Defendant. | Hon. Anthony W. Ishii |

The United States, by and through its attorney, Assistant United States Attorney Henry Z. Carbajal III, hereby requests an extension of time to **August 30, 2023** to file its response to defendant's motion for compassionate release.  Dkt. No. 273.

On June 20, 2023, the Court ordered the United States Attorney's Office to file a response to the defendant's motion for compassionate release by August 20, 2023.  Dkt. No. 294.  The government is currently preparing its response to the defendant's motion.  The government requests ten additional days to finish gathering relevant materials and complete its response.  The government has conferred with counsel for Mr. Esparza and she does not object to this request for extension of time.

/ / /

Dated:  August 17, 2023

PHILLIP A. TALBERT
United States Attorney

By:  /s/ HENRY Z. CARBAJAL III
HENRY Z. CARBAJAL III
Assistant United States Attorney

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, the United States' motion for extension of time to file a response to the defendant's motion for compassionate release is GRANTED.  The United States shall file and serve its responsive pleading on or before **August 30, 2023**.  Any reply to the government's responsive pleading is due 14 days after the government's responsive pleading is filed.

IT IS SO ORDERED.

Dated:   **August 18, 2023**

UNITED STATES DISTRICT JUDGE

2